UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARTIN SIEGEL                                                    ORDER OF DISMISSAL
                                                                 CV-0550169 (DRH)

    -against-

WYNDHAM HOTELS & RESORTS,
WYNDHAM INTERNATIONAL, INC.
----------------------------------------------------------------X
WYNDHAM HOTELS & RESORTS,
WYNDHAM INTERNATIONAL, INC.

    -against-

EXECUTIVE CLEANING SERVICES, LLC
----------------------------------------------------------------X

    The Court having confirmed that the parties have settled the case,,

    IT IS HEREBY ORDERED that the case is dismissed with prejudice and without costs.


    The clerk is directed to close this case.


    SO ORDERED.

                                                             /S/
                                        DENIS R. HURLEY
                                  United States District Judge

Dated: Central Islip, New York
       October 26, 2006